IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : No. 3:16cr373
:
v. : (Judge Munley)
:
CHARLES J. SENKE, :
    **Defendant** :
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 12th day of September 2017, it is hereby **ORDERED** as follows:

1) Defendant's motion to suppress (Doc. 29) is **DENIED**;

2) Defendant's motion to dismiss indictment (Doc. 30) is **DENIED**;

3) Defendant's motion to dismiss indictment on grounds of illegal indictment (Doc. 31) is **DENIED**;

4) Defendant's omnibus pretrial motion (Doc. 35) is **DENIED** except for the entrapment issue which the court will rule on at a later date. The government is directed to hand over to the pro se defendant directly any discovery it has that it has not provided to the defendant;

5) Defendant's motion for return of property (Doc. 39) is **DENIED**;

6) Defendant's motion for a bill of particulars (Doc. 40) is **DENIED**;

7) Defendant's pro se habeas corpus and motion to dismiss the indictment (Doc. 44) is **DENIED**;

8) Defendant's motion to suppress (Doc. 48) is **DENIED**;

9) Defendant's motion to suppress (Doc. 52) is **DENIED**;

10) Defendant's motion to dismiss (Do. 53) is **DENIED**;

11) Defendant's motion to dismiss indictment (Doc. 55) is **DENIED**;

12) Defendant's motion for return of property (Doc. 65) is **DENIED**;

13) Defendant's motion regarding sequestering witnesses is denied without prejudice as premature;

14) Defendant's motion to dismiss the indictment (Doc. 67) is **DENIED**; and

15) The Clerk of Court is directed to serve a copy of this order and the accompanying memorandum upon the defendant at his place of incarceration.

BY THE COURT:

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court