# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:16cr373 |
| | : | |
| v. | : | (Judge Munley) |
| | : | |
| **CHARLES J. SENKE,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 3rd day of August 2018, the defendant's motion in limine to preclude admission of proferred 404(b) evidence (Doc. 114) is hereby **GRANTED**. The government is precluded from using at trial the videos involving the defendant and a "young male" discussed in its trial brief.

BY THE COURT:

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court